AO 442 (Rev. 01/09) Arrest Warrant

RECEIVED

AUG 1 0 2015

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISS...

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Mississippi

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JAELYN DELSHAUN YOUNG | )  Case No. 3:15MJ32-SAA |
| MUHAMMAD ODA DAKHLALLA | ) |
| Defendant | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Jaelyn Delshaun Young and Muhammad Oda Dakhlalla                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Attempting and conspiring to knowingly provide material support and resources to a foreign terrorist organization ("ISIL") in the form of personnel, knowing that said organization is a designated terrorist organization that has engaged in and is engaging in terrorist activity as defined in Section 140(d)(2) of the Foreign Relations Authorization Act.

Date: August 8, 2015

_____
Issuing officer's signature
S. ALLAN ALEXANDER
S. ALLAN ALEXANDER
Printed name and title

City and state:    Oxford, Mississippi

| Return |
|---|
| This warrant was received on *(date)*  08/08/2015 , and the person was arrested on *(date)*  08/08/2015 at *(city and state)*  Columbus, MS  . |
| Date:  08/08/2015 |

_____
Arresting officer's signature

Stephen E. Thomason  Special Agent FBI
Printed name and title