UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

USA v. Muhammad Dakhlalla     Case No 1:15CR98-SA-DAS

### AFFIDAVIT RELATIVE TO UTILIZATION OF A LAPTOP COMPUTER

In conjunction with my duties as a member of the press, I request that I be authorized to utilize my laptop computer in the designated Federal courtroom in Oxford, Mississippi for note-taking purposes only. I agree to the following terms and conditions in regard to the utilization of my laptop computer and other subject electronics.

I, Jeffrey Amy, a certified member of the press and an employee of The Associated Press, hereby certify that any and all photographic capabilities, audio and video recording devices, wireless antennas, blogging capabilities, wireless cards, air-cards, all internet connection devices and means, along with any other means of communicating with persons within or outside of the courtroom have been disabled on my laptop. I further certify that my laptop computer will be used only as a word processor within the courtroom.

Additionally, any transmission of information from within the courthouse will occur only from the confines of a designated media room if such is available and has been so designated.

The undersigned understands that failure to adhere to the foregoing will result in the revocation of the privilege of utilizing a laptop in a Federal courtroom in Oxford, Mississippi.

WITNESS MY SIGNATURE, this the 24 day of August, 2016.

_____
AFFIANT

SWORN AND SUBSCRIBED BEFORE ME, this the 24 day of August, 2016.

_____
David Crews, Clerk of Court